UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE ESTATE OF TONY ALLEN HOYT,
Deceased, by KATHY SULLIVAN,
Personal Representative,

    Plaintiff,

v.

    CASE NO. 1:22-cv-1173

    HON. ROBERT J. JONKER

BRITTANI RENE STRONG, et al.,

    Defendants.
_____/

## REMAND ORDER

On January 23, 2023, the Court granted the parties' stipulation to remand this matter to the St. Joseph County Circuit Court, State of Michigan, upon the filing of a Second Amended Complaint removing all federal claims and causes of action. Plaintiff has now filed her Second Amended Complaint. ECF No. 20. Accordingly,

This matter is remanded to the St. Joseph County Circuit Court. The Rule 16 Scheduling Conference set for February 13, 2023, is cancelled.

IT IS SO ORDERED.

Dated:   January 30, 2023        /s/ Robert J. Jonker
                                                ROBERT J. JONKER
                                                UNITED STATES DISTRICT JUDGE